No. 84. NETZER *v.* NORTHERN PACIFIC RAILWAY CO. Supreme Court of Minnesota. Motion for leave to file brief of Brotherhood of Railroad Trainmen, as *amicus curiae,* denied. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the mo-

tion and petition should be granted. *Harry H. Peterson* and *William A. Tautges* for petitioner. *M. L. Countryman, Jr.* for respondent.